FREDERICK J. SHACKLETON, Respondent, v. FLORA L. ANNABEL and Another, Appellants.— Motion granted.

KARL L. SCHLIMMER, as Administrator, etc., of KITTIE SCHLIMMER, Deceased, Respondent, v. ONTARIO AND WESTERN RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. THE STATE TREASURER (Death of LAURA BUCK), Respondent, v. HEFFRON & COLLINS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GRANT SNYDER, Respondent, v. R. FRANK LEWIS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PETER SECKLER, Respondent, v. H. J. F. MINDERMAN, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRED SCHEUNEMANN, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants.— Award affirmed, with costs to the State Industrial Board. All concur, except Cochrane, P. J., and H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH SMITH, Respondent, v. ST. GEORGE'S CHURCH and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN SMITH, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN RAPID TRANSIT COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MIKE SCHUSTER, Respondent, v. FERGUSON-ALLEN COMPANY and Another, Appellants.— Award modified by striking therefrom the provision awarding compensation to claimant for the period between November 16, 1923, and December 10, 1923, on the ground that there is no evidence to support an award based upon reduced earning capacity during such period, and as modified unanimously affirmed.

SYLVIA LAKE CO., INC., and Others, Appellants, v. NORTHERN ORE COMPANY and Others, Respondents.— Motion denied.

JOSEPH SWEENEY, Respondent, v. PETER CURRAGH, Appellant.— Judgment of the Justice's Court and County Court reversed, with costs in all courts, on the ground that plaintiff proved as part of his case that defendant was to make the payment to John Thompson, and there is no evidence that the defendant failed to make such payment or that the direction of plaintiff to do so was revoked. All concur.

LEWIS L. STRONG, Respondent, v. CHARLES F. BROWN, Appellant.— Order unanimously affirmed, with costs.